Certification of Judgment (AO 451 Rev - DC 9/29/03)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 2 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ESTATE OF MICHAEL HEISER, et al.

Plaintiff(s)

v.

Civil Action No. 00-2329 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s)

08-mc-109 WBS GGH

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ____December 22, 2006____, as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF,  I sign my name and affix the seal of this Court on

August 14, 2008.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF MILLARD D. CAPMPBELL, et al

Plaintiff(s)

v.

Civil Action No. 01-2104 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ___December 22, 2006___, as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 14, 2008.

NANCY MAYER-WHITTINGTON, Clerk

By: _T. Cumia_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MICHAEL HEISER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 00-2329 (RCL) |
| ESTATE OF MILLARD D. CAMPBELL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 01-2104 (RCL) |

### ORDER & JUDGMENT

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiffs and against

defendants, jointly and severally, in the amount of $254,431,903.00, which shall be allocated in

the following manner:

### Estate and Surviving Family Members of Brent Marthaler

- $1,598,688.00 in economic damages to be allocated to the Estate of Brent Marthaler, by Katie Lee Marthaler as personal representative, for the benefit of Katie Lee Marthaler, Herman C. Marthaler, and Sharon

-1-

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 12-22-06
NANCY MAYER-WHITTINGTON, CLERK
By: Michael Darby 8-7-08

    Marthaler, to be distributed in a manner consistent with the statute governing intestate distribution of property under Florida law;

- $8 million to be allocated to Katie Lee Marthaler;
- $5 million to be allocated to Herman Marthaler;
- $5 million to be allocated to Sharon Marthaler;
- $2.5 million to be allocated to Matthew Marthaler;
- $2.5 million to be allocated to Kirk Marthaler

**Estate and Surviving Family Members of Justin Wood**

- $5 million to be allocated to Richard Wood;
- $5 million to be allocated to Kathleen Wood;
- $2.5 million to be allocated to Shawn Wood;

**Estate and Surviving Family Members of Michael Heiser**

- $3,720,019.00 in economic damages to be allocated to the Estate of Michael Heiser, by Fran and Gary Heiser as personal representatives, for the benefit of Fran and Gary Heiser;
- $5 million to be allocated to Fran Heiser;
- $5 million to be allocated to Gary Heiser;

**Estate and Surviving Family Members of Earl Cartrette, Jr.**

- $5 million to be allocated to Denise Eichstaedt
- $2.5 million to be allocated to Anthony Cartrette
- $2.5 million to be allocated to Lewis Cartrette

**Estate and Surviving Family Members of Patrick Fennig**

- $1,120,304.00 in economic damages to be allocated to the Estate of Patrick Fennig, by Thaddeus C. Fennig and Catherine Fennig as personal representatives,for the benefit of Thaddeus C. Fennig and Catherine Fennig;
- $5 million to be allocated to Thaddeus C. Fennig;
- $5 million to be allocated to Catherine Fennig;
- $2.5 million to be allocated to Paul Fennig;

- $2.5 million to be allocated to Mark Fennig;

**Estate and Surviving Family Members of Christopher Adams**

- $3,153,953.00 in economic damages to be allocated to the Estate of Christopher Adams, by Catherine Adams as personal representative, for the benefit of Catherine Adams;
- $5 million to be allocated to Catherine Adams;
- $2.5 million to be allocated to Mary Young;
- $2.5 million to be allocated to Daniel Adams;
- $2.5 million to be allocated to Elizabeth Wolf;
- $2.5 million to be allocated to Patrick Adams;
- $2.5 million to be allocated to John Adams;
- $2.5 million to be allocated to William Adams;
- $2.5 million to be allocated to Michael Adams;

**Estate and Surviving Family Members of Thanh "Gus" Nguyen**

- $596,905.00 in economic damages to be allocated to the Estate of Thanh "Gus" Nguyen, by Christopher Nguyen as personal representative, for the benefit of Christopher Nguyen;
- $5 million to be allocated to Christopher Nguyen;

**Estate and Surviving Family Members of Brian McVeigh**

- $5 million to be allocated to Sandra M. Wetmore;

**Estate and Surviving Family Members of Joseph Rimkus**

- $5 million to be allocated to Bridget Brooks;
- $2.5 million to be allocated to James Rimkus;
- $2.5 million to be allocated to Anne Rimkus;

**Estate and Surviving Family Members of Kendall Kitson, Jr.**

- $2,183,460.00 in economic damages to be allocated to the Estate of Kendall Kitson, Jr., by Kendall Kitson, Sr., and Nancy R. Kitson as personal representatives, for the benefit of Kendall Kitson, Sr., and Nancy R. Kitson;

- $5 million to be allocated to Kendall Kitson, Sr.;
- $5 million to be allocated to Nancy R. Kitson;
- $2.5 million to be allocated to Steve K. Kitson;
- $2.5 million to be allocated to Nancy A. Kitson;

**Estate and Surviving Family Members of Jeremy Taylor**

- $5 million to be allocated to Lawrence Taylor;
- $5 million to be allocated to Vickie Taylor;
- $2.5 million to be allocated to Starlina Taylor;

**Estate and Surviving Family Members of Joshua Woody**

- $1,981,521.00 in economic damages to be allocated to the Estate of Joshua Woody, by Dawn Woody as personal representative, for the benefit of Dawn Woody;
- $8 million to be allocated to Dawn Woody;
- $5 million to be allocated to Bernadine Beekman;
- $2.5 million to be allocated to Tracy Smith;
- $2.5 million to be allocated to Jonica Woody;
- $2.5 million to be allocated to Timothy Woody;

**Estate and Surviving Family Members of Leland "Tim" Haun**

- $2,822,796.00 in economic damages to be allocated to the Estate of Leland "Tim" Haun, by Ibis "Jenny" Haun as personal representative, for the benefit of Ibis "Jenny" Haun, Senator Haun, and Milly Perez-Dallis, to be distributed in a manner in accordance with the method of intestate distribution under California law;
- $8 million to be allocated to Ibis "Jenny" Haun;
- $5 million to be allocated to Senator Haun;
- $7 million to be allocated to Milly Perez-Dallis;

**Estate and Surviving Family Members of Christopher Lester**

- $1,960,466.00 in economic damages, plus $500,000.00 in pain and suffering damages to be allocated to the Estate of Christopher Lester, by

-4-

  Cecil Lester, Sr., and Judy Lester as personal representatives, for the benefit of Cecil Lester, Sr., Judy Lester, Cecil Lester, Jr., and Jessica Lester, to be distributed in a manner in accordance with the method of intestate distribution under Ohio law;

- $5 million to be allocated to Cecil Lester, Sr.;
- $5 million to be allocated to Judy Lester;
- $2.5 million to be allocated to Cecil Lester, Jr.;
- $2.5 million to be allocated to Jessica Lester;

### Estate and Surviving Family Members of Kevin Johnson, Sr.

- $1,171,477.00 in economic damages to be allocated to the Estate of Kevin Johnson, Sr., by Shyrl Johnson as personal representative, for the benefit of Shyrl Johnson, Kevin Johnson, Jr., and Nicholas Johnson, to be distributed in a manner in accordance with the method of intestate distribution under Louisiana law;
- $8 million to be allocated to Shyrl Johnson;
- $5 million to be allocated to Kevin Johnson, Jr.;
- $5 million to be allocated to Nicholas Johnson;

### Estate and Surviving Family Members of Peter Morgera

- $50,000.00 in economic damages to be allocated to the Estate of Peter Morgera, by Michael Morgera as personal representative, for the benefit of Michael Morgera and Thomas Morgera, to be distributed in a manner in accordance with the method of intestate distribution under New Hampshire law;
- $2.5 million to be allocated to Michael Morgera;
- $2.5 million to be allocated to Thomas Morgera;

### Estate and Surviving Members of Millard "Dee" Campbell

- $1,572,314.00 in economic damages to be allocated to the Estate of Millard "Dee" Campbell, by Marie Campbell as personal representative, for the benefit of Marie Campbell and Bessie Campbell, to be distributed

-5-

      in a manner in accordance with the method of intestate distribution under Texas law;

-  $8 million to be allocated to Marie Campbell;
-  $5 million to be allocated to Bessie Campbell;

IT IS FURTHER ORDERED that the claims for compensatory damages in the form of lost wages and future earnings for the estates of the following decedents are hereby DENIED:

-  Estate of Justin Wood
-  Estate of Earl Cartrette, Jr.
-  Estate of Brian McVeigh
-  Estate of Joseph Rimkus
-  Estate of Jeremy Taylor

IT IS FURTHER ORDERED that the claims brought by the following plaintiffs are hereby DISMISSED WITH PREJUDICE:

-  James V. Wetmore
-  George Beekman
-  Che Colson
-  Laura Johnson
-  Bruce Johnson

IT IS FURTHER ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendants.

IT IS FURTHER ORDERED that the Clerk of this Court shall terminate this case from the dockets of this Court.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 22, 2006.